# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| *In re* Application of<br><br>CFE International LLC,<br><br>          Applicant,<br><br>Antaeus Group LLC,<br><br>          Respondent. | C.A No. 1:23-cv-00056<br><br>**APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING CFE INTERNATIONAL LLC TO ISSUE A SUBPOENA FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS FROM ANTAEUS GROUP LLC** |

REED SMITH LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for Applicant CFE International LLC*

I. **Jurisdiction**

The Court's jurisdiction to hear and grant this Application arises under 28 U.S.C. § 1782 and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure.

II. **Relief Sought**

CFE International LLC ("CFEi") seeks the issuance of subpoenas for documentary and testimonial evidence from Antaeus Group LLC ("Antaeus") for use in an ongoing foreign criminal proceeding in Mexico (the "Mexican Criminal Proceeding"). The discovery requested in this Application (the "Application") is further described in, and is supported by, a separately filed Memorandum of Points and Authorities and the Declaration of Harris Fischman.

CFEi previously sought broader discovery from Antaeus pursuant to a prior application (the "Prior Application") which was quashed principally on two grounds: the scope of discovery sought was too broad and the concern that materials obtained in discovery could potentially be used in other U.S. litigations. *In re Application of CFE Int'l LLC* v. *Antaeus Grp. LLC*, No. 22-cv-00365-LY-ML (W.D. Tex.) (Dkt. No. 55.)

This Application addresses both of these considerations: it seeks a far narrower universe of discovery than did the Prior Application and states CFEi's willingness to enter into a protective order that is even more robust than the protective order sought by Antaeus in connection with the Prior Application.

III. **The Application Satisfies the Statutory and Discretionary Requirements**

The Court is empowered to grant the Application and to compel both testimonial and documentary evidence pursuant to 28 U.S.C. § 1782 because: (1) Antaeus resides or is found in this district; (2) the evidence is sought for use in the ongoing Mexican Criminal Proceeding, which is a proceeding before a foreign tribunal within the meaning of the statute; and (3) CFEi is an interested person in that action because it is the victim and complainant in the Mexican

Criminal Proceeding. Moreover, all four discretionary factors that the Supreme Court has set forth in considering whether to grant a Section 1782 request for discovery support the granting of the Application, and granting the Application is consistent with the "twin aims" of Section 1782. *See Intel Corp.* v. *Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).

CFEi therefore respectfully requests that this Court grant the issuance of the document and deposition subpoenas through which CFEi seeks discovery from Antaeus pursuant to 28 U.S.C. § 1782 for use in the Mexican Criminal Proceeding. The document and deposition subpoenas are annexed hereto as Exhibits 1 and 2, respectively.

Dated: New York, New York
January 17, 2023

REED SMITH LLP

*/s/     William W. Russell*
401 Congress Avenue
Suite 1800
Austin, TX 78701

- and -

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

Michael E. Gertzman (*pro hac vice* forthcoming)
Harris Fischman (*pro hac vice* forthcoming)
Justin D. Lerer (*pro hac vice* forthcoming)
David K. Kessler (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, NY 10019-6064

Mark F. Mendelsohn (*pro hac vice* forthcoming)
2001 K Street, N.W.
Washington, D.C. 20006

*Attorneys for Applicant CFE International LLC*